UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:05cr317-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | ORDER ACCEPTING PLEA |
| JEFFREY L. MARLER | ) | AGREEMENT, JUDGMENT, AND |
| | ) | REFERRAL TO U.S. PROBATION |
| Defendant | ) | OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Jeffrey L. Marler which was referred to the Magistrate Judge with the consent of the parties.

On June 29, 2005, the government filed a one-count indictment against Jeffrey L. Marler for Prohibition on Purchase/Ownership/Possession of Body Armor by Violent Felons in violation of Title 18 Section 931. On July 11, 2005, a hearing was held in which Jeffrey L. Marler entered a plea of not guilty before Magistrate Judge Hemann, waived his right to a detention hearing and executed a waiver. On December 16, 2005,

Magistrate Judge McHargh received Jeffrey L. Marler's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered. Magistrate Judge McHargh filed his R&R on December 16, 2005.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Jeffrey L. Marler is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Jeffrey L. Marler is adjudged guilty of Count One in violation of Title 18 Section 931. This matter is referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on March 7, 2006 at 10:00 a.m. in Courtroom 17A.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE